US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

AUG 09 2016

DOUGLAS F. YOUNG, Clerk
By _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 3:16CR30010-001 |
| vs. | 18 U.S.C. § 472 |
| TRISTAN JEFFRIES | |

### INDICTMENT

The Grand Jury Charges:

### COUNT ONE

On or about the 6th day of June, 2016, in the Western District of Arkansas, Harrison Division, the defendant, TRISTAN JEFFRIES, with intent to defraud, did pass falsely made, forged and counterfeited obligations of the United States, that is Federal Reserve Notes in the denomination of $20, which he then knew to be falsely made, forged and counterfeited in violation of 18 U.S.C. § 472.

A True Bill.

/s/ Grand Jury Foreperson
Foreperson

KENNETH ELSER
UNITED STATES ATTORNEY

By: _____
For: Denis Dean
Assistant U. S. Attorney
Arkansas Bar No. 2007182
414 Parker Avenue
Fort Smith, AR 72901
479-249-9047
E-mail denis.dean@usdoj.gov

1