US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

AUG 10 2016

DOUGLAS F. YOUNG, Clerk
By
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 3:16CR 30010-001 |
| | ) |
| TRISTAN JEFFRIES | ) |

PETITION AND ORDER FOR WRIT
HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States Attorney for the Western District of Arkansas and for his petition, states:

1. That TRISTAN JEFFRIES, defendant herein, is now confined in the Boone County Detention Center, Harrison, Arkansas and is being held by the Sheriff thereof.

2. It is requested that said defendant be brought before the United States District Court, Western District of Arkansas, Fort Smith, Arkansas, for proceedings on the charges now pending against him and said defendant then be returned to the above-named institution at the conclusion of all proceedings in the above named Court.

WHEREFORE, your petitioner prays the Court to forthwith order the issuance of a Writ of Habeas Corpus Ad Prosequendum directed to the following:

United States Marshal for the Western District of Arkansas
Sheriff, Boone County Detention Center, Harrison, Arkansas

requiring them to produce the body of the said defendant before this Court, Fort Smith, Arkansas, on **September 7, 2016 at 2:00 p.m.**.

KENNETH ELSER<br>
UNITED STATES ATTORNEY<br>
By: _____<br>
For: Denis Dean<br>
Assistant U. S. Attorney<br>
Arkansas Bar No. 2007182<br>
414 Parker Avenue<br>
Fort Smith, AR 72901<br>
Phone: 479-249-9047<br>
E-mail: Denis.Dean@usdoj.gov

IT IS SO ORDERED this 10th day of August, 2016.

_____
Honorable Mark E. Ford
United States Magistrate Judge